FILED

01/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0504



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0504

D.A. DAVIDSON & CO,

     Plaintiff,

    v.

DONALD SLAYBAUGH on behalf
and for the benefit of THE
WHITEFISH MASONIC LODGE 64
and GRAND LODGE OF AF&AM OF
MONTANA,

     Defendants.

GRAND LODGE OF AF & AM OF
MONTANA,

     CrossPlaintiff,

    v.

DONALD SLAYBAUGH, on behalf of
and for the benefit of THE
WHITEFISH LODGE 64,

     CrossDefendant.

DONALD SLAYBAUGH, on behalf of
and for the benefit of THE
WHITEFISH LODGE 64,

**GRANT OF EXTENSION**

CrossClaimant,

v.

GRAND LODGE OF AF & AM OF
MONTANA,

CrossDefendant.

Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until February 20, 2024, to prepare, file, and serve the Appellee's brief.

DATED this January 19, 2024

Bowen Greenwood
Clerk of the Supreme Court

c:      Jean Elizabeth Faure, David J. HagEstad, Kirk D. Evenson, G. Patrick HagEstad, Sean S. Frampton